Andrew D. Wright, #8857
Chet W. Neilson, #13561
STRONG & HANNI
9350 South 150 East, Suite #500
Sandy, Utah 84070
Telephone: (801) 532-7080
Facsimile: (801) 596-1508
awright@strongandhanni.com
cneilson@strongandhanni.com
*Attorneys for Defendant*

## IN THE UNITED STATES DISTRICT COURT, DISTRICT OF UTAH

## CENTRAL DIVISION

| | |
|---|---|
| NIXON & NIXON, INC.,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>STATE FARM FIRE & CASUALTY COMPANY,<br><br>　　　　　　　Defendants. | **STIPULATED MOTION TO DISMISS ACTION**<br><br>Case No.: 1:23-cv-00099-JNP-JCB<br>Judge: Jill N. Parrish<br>Magistrate: Jared C. Bennett |

　　　　The parties above named, by and through their counsel of record, hereby stipulate, agree and hereby jointly move the Court for an order of dismissal of this action with prejudice, each party to bear their own fees and costs. The parties have filed concurrently herewith a proposed order of dismissal with prejudice, which they request be entered by the Court.

DATED this 19th day of December 2024.

             STRONG & HANNI

               */s/ Chet W. Neilson*
By _____
             Andrew D. Wright
             Chet W. Neilson
             *Attorneys for Defendant*

DATED this 19th day of December 2024.

             SAGE LAW PARTNERS

               */s/ Ryan M. Nord (w permission)*
By _____
             Ryan M. Nord
             *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of December 2024, a true and correct copy of the foregoing **STIPULATED MOTION TO DISMISS ACTION** was served by the method indicated below, to the following:

| | |
|---|---|
| Ryan M. Nord | (  )  U.S. Mail, Postage Prepaid |
| Sage Law Partners | (  )  Hand Delivery |
| 140 North Union Ave. | (  )  Overnight Mail |
| Suite 220 | (  )  E-mail |
| Farmington, UT 84025 | (X )   E-filing Notification |
| rnord@sagelawpartners.com | |
| *Attorneys for Plaintiff* | |

                                                   */s/ Heidi McEwen*

014409.00410